1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROMAN PEREZ NUNEZ,                          No.  1:22-cv-01260-DAD-SAB (SS)

12                    Plaintiff,

13          v.                                    ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS, DENYING
14   COMMISSIONER OF SOCIAL                       PLAINTIFF'S MOTION FOR SUMMARY
     SECURITY,                                    JUDGMENT, GRANTING DEFENDANT'S
15                                               CROSS-MOTION FOR SUMMARY
                     Defendant.                  JUDGMENT, AND DENYING PLAINTIFF'S
16                                               SOCIAL SECURITY APPEAL

17                                               (Doc. Nos. 13, 14, 15, 16, 17)

18

19

20          Plaintiff Roman Perez Nunez, an individual proceeding *pro se* and *in forma pauperis*,

21   brought this action seeking judicial review of the Commissioner of Social Security's final

22   decision denying disability benefits pursuant to the Social Security Act.  (Doc. No. 1.)  The

23   matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and

24   Local Rule 302.

25   /////

26   /////

27   /////

28   /////

1

On August 17, 2023, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for summary judgment (Doc. Nos. 13, 14, 16)[1] be denied, defendant's cross-motion for summary judgment (Doc. No. 15) be granted, plaintiff's appeal from the decision of the Commissioner of Social Security be denied, and judgment be entered in favor of defendant and against plaintiff.  (Doc. No. 17 at 34.)  The magistrate judge concluded that the administrative law judge's conclusions were sufficiently supported by the record and by the proper legal analysis.  (*Id.* at 20–33.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service.  (*Id.* at 34.)  Plaintiff filed his objections on September 1, 2023.  (Doc. No. 18.)  In his objections, plaintiff argues that the administrative law judge improperly weighed the evidence of record.  (*Id.*)  However, plaintiff's objections do not provide a basis for declining to adopt the pending findings and recommendations.[2]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

---

[1]  Plaintiff's filings are not precisely named.  The court construes Doc. No. 13 to be plaintiff's motion for summary judgment and Doc. Nos. 14 and 16 to be plaintiff's briefing papers submitted in support of his motion for summary judgment.

[2]  The undersigned appreciates the difficulties of applying for disability benefits without the assistance of counsel.  Some claimants may inadvertently overestimate their own abilities when testifying or when speaking to doctors and this can make it more difficult for them to obtain disability benefits.  This is especially true for claimants with cognitive impairments.  In this case if plaintiff were to apply for disability benefits again he perhaps should consider obtaining medical records from a doctor showing that he is unable to concentrate for very long or would need frequent supervision in a work environment.  The undersigned notes that the vocational expert in this case suggested at the administrative hearing that if plaintiff "need[ed] to be reminded to stay on task once per half-hour by a supervisor," then plaintiff would be disabled.  (Doc. No. 12-1 at 94.)  The vocational expert also suggested that if plaintiff "need[ed] two 15-minute breaks per day in addition to those breaks normally and regularly scheduled throughout the day," then plaintiff would be disabled.  (Id.)  However, given the administrative record before the court, plaintiff's appeal must be denied.

Accordingly:

1. The findings and recommendations issued on August 17, 2023 (Doc. No. 17) are adopted in full;

2. Plaintiff's motion for summary judgment (Doc. Nos. 13, 14, 16) is denied;

3. Defendant's cross-motion for summary judgment (Doc. No. 15) is granted;

4. Plaintiff's appeal from the decision of the Commissioner of Social Security is denied;

5. The Clerk of the Court is directed to enter judgment in favor of defendant Commissioner of Social Security and against plaintiff Roman Perez Nunez; and

6. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 12, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE